IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 APR -2 PM 2:19

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. **3:18 MJ 200** |
| v. | |
| JOHN ELLIOTT | ORDER |

Agents of the Federal Bureau of Investigation are authorized by this Court to remove JOHN ELLIOTT, for an interview at 1:00 p.m. on April 4, 2018 from the Shelby County Jail, Sidney, Ohio, and other locations in which he is in the custody of the United States Marshal, without the presence of the United States Marshal, to keep JOHN ELLIOTT, in their custody for two hours while interviewing him with his attorney, F. Arthur Mullins, Esq., or his representatives present, and to return JOHN ELLIOTT, to the Shelby County Jail, Sidney, Ohio, upon the completion of the interview.

**This Order shall be sealed by the Clerk for the Southern District of Ohio until further order of this Court.**

PETER C. TOBIN
U.S. MARSHAL

JEREMY C. ROSE
SUPERVISORY DEPUTY MARSHAL

SO ORDERED:

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE